IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20687
Summary Calendar
_____

INNOCENT OGUAGHA,

Plaintiff-Appellant,

versus

RICHARD CRAVENER, Immigration and
Naturalization Service District Director,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No.  H-98-CV-3944
_____
March 1, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Innocent Oguagha appeals from the district court's dismissal of his civil rights complaint against the Immigration and Naturalization Service (INS) for failure to prove that he had exhausted his administrative remedies.  Oguagha has failed to brief this issue on appeal; it is therefore deemed abandoned.  Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).  Moreover, Oguagha has submitted documents that tend to show that he had not in fact exhausted his administrative remedies at the time he filed his

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

complaint.  This appeal is without arguable merit and is thus frivolous.  It is DISMISSED.

Oguagha has also filed numerous motions with the court.  These include (1) a motion to compel; (2) a motion for continued stay of deportation; (3) a motion to stay removability; (4) a motion for supersedeas; (5) a motion for dismissal of the judgment of final removability; (6) a motion for relief from the final removal order; (7) a motion for a writ of habeas corpus (including a request to consolidate cases against separate defendants and motions for relief against new and old defendants); (8) a motion for judgment against Harris County officials, the new defendants; (9) a motion for summary judgment; and (10) a motion for discharge from state custody, construed as a motion for bail pending appeal.  These motions are hereby DENIED.

APPEAL DISMISSED AS FRIVOLOUS; FED R. APP. P. 42.2.  MOTIONS DENIED.

DISMISSED;
MOTION DENIED.